**JWB**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Mattox, | No. CV 1-08-1265-FRZ |
| Plaintiff, | **ORDER** |
| vs. | |
| Lea Ann Chrones, et al., | |
| Defendants. | |

In a March 4, 2009 Order (Doc. # 10), the Court dismissed Plaintiff's Complaint for failure to state a claim. The Court gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order and warned Plaintiff as follows:

> If Plaintiff fails to file a first amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice that states that the dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

Plaintiff subsequently requested two extensions of time to comply with the Court's Order (Doc. ## 11, 13). The motions were granted; Plaintiff's first amended complaint was due no later than June 3, 2009 (Doc. # 14). Plaintiff has not filed an amended complaint. In accordance with the Court's March 4, 2009 Order, the Court will require the Clerk of Court to enter a judgment of dismissal of this case, with prejudice.

Accordingly,

. . . .

. . . .

**IT IS ORDERED** that the Clerk of Court must enter a judgment of **dismissal** of this case, **with prejudice**, for failure to state a claim. The Clerk of Court must indicate on the docket that the dismissal counts as a **strike** under 28 U.S.C. § 1915(g).

DATED this 26th day of June, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge